# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3835
_____

LINDA MARIE BROGA, Former
Wife,

      Appellant,

      v.

GLENN ROBERT BROGA, Former
Husband,

      Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

July 3, 2024

PER CURIAM.

      AFFIRMED.

LEWIS, ROBERTS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Linda Marie Broga, pro se, Appellant.

Glenn Robert Broga, pro se, Appellee.